## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **KEVIN BACHHUBER,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**DEALSTRUCK CAPITAL LLC,**<br><br>*Defendant.* | Case No. 25-cv-660 |

## NOTICE OF SETTLEMENT

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork within forty-five days.

Dated: September 27, 2025          PLAINTIFF, on behalf of himself
                                                                and others similarly situated,

                                                                */s/ Anthony Paronich*
                                                                Anthony Paronich
                                                                Email:  anthony@paronichlaw.com
                                                                PARONICH LAW, P.C.
                                                                350 Lincoln Street, Suite 2400
                                                                Hingham, MA 02043
                                                                Telephone:  (617) 485-0018
                                                                Facsimile:  (508) 318-8100