UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **KEVIN BACHHUBER**, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>**DEALSTRUCK CAPITAL, LLC,**<br><br>                    Defendant. | Case No. 3:25-cv-00660-wmc<br><br>District Judge William M. Conley<br><br>Magistrate Judge Anita Marie Boor |

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

HERE COMES NOW Plaintiff, Kevin Bachhuber, by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), to give notice to the Court of the dismissal of this action without prejudice.

Dated: November 6, 2025

/s/ Alex Phillips
Alex Phillips
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
aphillips@straussborrelli.com

Anthony Paronich
**PARONICH LAW, P.C**.
350 Lincoln St., Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I, Alex Phillips, hereby certify that on November 6, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 6th day of November, 2025.

>
> */s/ Alex Phillips*
> Alex Phillips
> **STRAUSS BORRELLI PLLC**
> 980 N. Michigan Avenue, Suite 1610
> Chicago, IL 60611
> Telephone: (872) 263-1100
> Facsimile: (872) 263-1109
> aphillips@straussborrelli.com